# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONDY VERNON, SR.

NO. 2019 KW 0653

AUG 0 5 2019

In Re: Rondy Vernon, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 97-CR4-67764.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT